UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Plaintiff(s) David Ogilvie

v.

Case No. 2:14-cv-354

Defendant(s) Jerry Swank & Pete Caceres

\_\_\_\_\_ Evidentiary
\_\_\_\_\_ Trial
\_\_\_\_\_ Other

## WITNESS LIST

_X Plaintiff     \_\_\_\_\_ Defendant

|    | Name | Subject and Brief Description of Testimony | Date(s) Testified (Court Only) |
|----|------|--------------------------------------------|-------------------------------|
| 1. | Alvarao J. Zamora, MD | Treating physician | |
| 2. | Nancy Iott, MD | Treating physician | |
| 3. | Michael Caleb Horne | EMS, treated Plaintiff | |
| 4. | Neil MacLarty | EMS, treated Plaintiff | |
| 5. | Corporal Jerry Swank | Defendant | |
| 6. | Corporal Pedro Caceres | Defendant | |
| 7. | Corporal Melvin Payne | Responded to incident | |
| 8. | Deputy Jodi Warrick | Responded to incident | |
| 9. | Corporal Rusty Steward | Responded to incident | |

| | **WITNESS LIST – CONTINUATION SHEET** | | |
|---|---|---|---|
| | __X__ Plaintiff  _____ Defendant | | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 10. | Sergeant Brandon Barley | Contact w/Plaintiff in Jail | |
| 11. | Sergeant David Dillinger | Contact w/Plaintiff in Jail | |
| 12. | Corporal Latashia Berry | Contact w/Plaintiff in Jail | |
| 13. | Deputy Annie Whitehead | Contact w/Plaintiff in Jail | |
| 14. | Corporal James Demarest | Contact w/Plaintiff in Jail | |
| 15. | Corporal Jeffrey Alquist | Contact w/Plaintiff in Jail | |
| 16. | Mary K. Pappas | Social Security Administration | |
| 17. | Linda Partin | Social Security Administration | |
| 18. | North Naples Fire Rescue | Responded to incident | |
| 19. | Dr. Paul Hobaica | Screen Plaintiff at scene | |
| 20. | David Ogilvie | Plaintiff | |
| 21. | Maria Lisi | Before and After witness | |

|     |     |     |     |
| --- | --- | --- | --- |
| 22. | David Ogilvie Sr. | Before and after witness | |
| 23. | Carol Ogilvie | Before and after witness | |
| 24. | Records Custodian North Collier Hospital | Records custodian | |
| 25. | Records Custodian North Naples Fire Rescue | Records Custodian | |
| 26. | Records Custodian Collier County Sheriff's Office | Records Custodian | |
| 27. | Records Custodian Collier County State Attorney's Office | Records Custodian | |
| 28. | Records Custodian Collier County Clerk of Court | Records Custodian | |

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| --- | --- | --- | --- | --- |
| 1 | | | | **Any and all documents attached to the deposition of Corporal Pedro Caceres** |
| 2 | | | | **Any and all documents attached to the deposition of Corporal Jerry Swank** |

| | | | | | |
|---|---|---|---|---|---|
| 3 | | | | | Any incident reports authored by Corporal Melvin Payne |
| 4 | | | | | Any medical records regarding treatment of Plaintiff from North Collier Hospital |
| 5 | | | | | Any CAD reports relating to subject lawsuit |
| 6 | | | | | Any records from North Naples Fire Rescue |
| 7 | | | | | Any records from the Collier County Jail including booking records, observation logs, and jail medical records. |
| 8 | | | | | Any records received from or in the possession of State Attorney's Office for Collier County, Florida. |
| 9 | | | | | Any records received from or in the possession of the Collier county Clerk of Court. |
| 10. | | | | | Any medical records of Pedro Caceres |
| 11. | | | | | Any records relating to previous arrests of the Plaintiff in the possession of the Collier county Sheriff's Office |
| 12. | | | | | Any records in the possession of the Social Security Administration pertaining to the Plaintiff. |

PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST

Index to Objections:
UP: Undue prejudice Outweights probative value
R: Relevancy
NO: No objection

A-J: NO
K: UP, R
L-bb: NO.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following to: SUMMER BARRANCO, ESQ. Purdy, Jolly & Giuffreda, P.A., summer@purdylaw.com, melissa@purdylaw.com, richard@purdylaw.com, this 21 day of March, 2016.

PARVEY & FRANKEL ATTORNEYS, P.A.
Attorneys for Plaintiff
2069 First Street, Suite 100
Fort Myers, FL 33901-9327
Telephone:(239) 334-0300
Facsimile:(239) 334-0992

_____
BY: Carlos J. Cavenago, III, Esq
FLORIDA BAR No.: 753955
Primary E-mail: Service@parveyfrankel.com
Secondary E-mail: Carlos@parveyfrankel.com