**PROPOSED VOIR DIRE**

1. Name.

2. Residence address.

3. Occupation/Employment/please describe duties. [Including spouse and adult children]

4. Education [including spouse and adult children]

5. Hobbies?  Describe.

6. Membership in civic organizations?  Describe.

7. Experience as prior juror/prior jury duty/state or federal court/chosen as foreperson/civil or criminal?

8. Experience of the juror as a witness, i.e. testified before either in deposition or formal proceedings.

9. Involved in litigation as either a Plaintiff or a Defendant/describe.

10. Specialized training in law enforcement?  [You or family member]  Describe.

11. Specialized medical training?  [You or family member]  Describe.

12. Employed by or experience with criminal justice system/court system?  [You or family member] Describe.

13. Family member in law enforcement?  Describe.

14. Bad experience/good experience with law enforcement, including any arrest(s)?

    [You or family member] Describe.

15. Specialized knowledge of practices of Collier County Sheriff.

16. Victim of crime? [You or family member]  Describe.

17. Suffered personal injury resulting in litigation? [You or family member]  Describe.

18. Active in a political campaign or campaign for election of Sheriff in your community?  Describe involvement.

19. Contact with/dealings with/knowledge of Sheriff Rambosk, Deputy Jerry Swank or Deputy Pete Caceres?  Bad feelings/good feelings, one way or the other.  Describe.

20. Have you heard of any media accounts (television, radio, newspaper) about this case?  Explain.

21. Do you watch law enforcement television shows such as C.S.I. on a regular basis?  Yes/No.

22. Do you or a family member suffer from any medical conditions? Yes/No. If yes, please explain.

23. Do you have difficulty awarding money damages for pain, suffering, humiliation or embarrassment? Yes/no If yes please explain why and how long?

24. Do you believe there ought to be caps in damages no matter what the evidence may be?