UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID OGILVIE,

    Plaintiff,

v.                                    Case No:   2:14-cv-354-FtM-38CM

JERRY SWANK and PETE CACERES,

    Defendants.

| JUDGE: | Sheri Polster Chappell | COUNSEL FOR PLAINTIFF | CARLOS J. CAVENAGO, III JONATHAN MARTIN |
|---|---|---|---|
| DEPUTY CLERK: | Leslie M. Friedmann | COUNSEL FOR DEFENDANT: | SUMMER MARIE BARRANCO |
| COURT REPORTER | Lori Bundy | | |
| DATE/TIME | April 15, 2016 09:30 AM | | |

## Final Pretrial Conference

Start Time:    9:30 AM    Court convenes.  Court inquires about settlement negotiations.  Court inquires about settlement before Magistrate Judge.  Parties are not opposed to a settlement conference.   Court discusses pretrial matters.  Parties anticipate the trial will last 3 -4 days.  Court outlines the trial procedures for counsel.

Court seats 8 jurors and all jurors will deliberate.  Parties do not object to the jurors taking notes.

Court advises the parties of the mandatory electronic exhibit binder.  Instructions are provided on the Court's website.

Plaintiff's advise opening statement should last approximately 25 -30 minutes.  Defense Counsel concurs with that amount of time.

Court discussed the use of the Court's powerpoint.

Court discusses issues relating to witnesses.

Court discusses the pending motions in limine.

For the reasons stated on the record, Court issues rulings on motions in limine.

End time:    10:29 AM