UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID OGILVIE,

    Plaintiff,

v.                                        Case No:   2:14-cv-354-SPC-CM

JERRY SWANK, individually, and PETE
CACERES, individually.

    Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court following the final pretrial conference held before the undersigned on April 15, 2016.  At the final pretrial conference, the Parties expressed an interest in holding a settlement conference before a magistrate judge.  Thus the Court will refer the matter to the Honorable Magistrate Judge Mac McCoy for a settlement conference.

Accordingly, it is now

**ORDERED:**

1. The case is **REFERRED** to the Honorable Magistrate Judge Mac McCoy to conduct a settlement conference and to enter any related Orders as deemed appropriate.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2. The parties shall contact Judge McCoy's chambers to obtain a date for a settlement conference convenient with the Court's schedule.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of April, 2016

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
Honorable Mac McCoy, United States Magistrate Judge