UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID OGILVIE,

    Plaintiff,

v.                                        Case No:  2:14-cv-354-FtM-38CM

JERRY SWANK and PETE
CACERES,

    Defendants.
_____/

## VERDICT

**A. As to Count I False Arrest Against Jerry Swank,**

    1.    Did David Ogilvie prove, by a preponderance of the evidence, that Jerry Swank arrested him without probable cause?

    YES _____                  NO __X__

    If you answer "Yes," proceed to Question 2.

    If you answer "No," proceed to Question 5.

    2.    Did David Ogilvie prove, by a preponderance of the evidence, that he was injured because Jerry Swank arrested him without probable cause?

    YES _____                  NO _____

    If you answer "Yes," proceed to Question 3.

    If you answer "No," proceed to Question 4.

3. Did David Ogilvie prove, by a preponderance of the evidence, that he should be awarded compensatory damages against Jerry Swank?

YES _____  NO _____

If you answer "Yes," in what amount? _____. Proceed to Question 5.

If you answer "No," proceed to Question 5.

4. Since you found that David Ogilvie was not injured due to Jerry Swank arresting him without probable cause, you must award David Ogilvie nominal damages in the amount of $1.00. Please write $1.00 on the line below.

Nominal $ _____.

Proceed to Question 5.

**B. As to Violation of Civil Rights (Count II) and State Law Battery (Count IV) Against Pete Caceres,**

5. Did David Ogilvie prove, by a preponderance of the evidence, that Pete Caceres intentionally committed acts that violated his constitutional and state law right to be free from excessive force?

YES _____  NO \_\_\_\_X\_\_\_\_\_

If you answer "Yes," proceed to Question 6.

If you answer "No," proceed to Question 9.

2

6. Did David Ogilvie prove, by a preponderance of the evidence, that he should be awarded compensatory damages against Pete Caceres?

    YES _____     NO _____

If you answer "Yes," in what amount? _____. Proceed to Question 7.

If you answer "No," proceed to Question 7.

7. Did David Ogilvie prove, by a preponderance of the evidence, that Pete Caceres physically injured him?

    YES _____     NO _____

If you answer "Yes," proceed to Question 8.

If you answer "No," proceed to Question 9.

8. Did David Ogilvie prove, by a preponderance of the evidence, that he should be awarded punitive damages against Pete Caceres on Count II, Violation of Civil Rights?

    YES _____     NO _____

If you answer "Yes," in what amount? _____. Proceed to Question 9.

If you answer "No," proceed to Question 9.

C. As to Violation of Civil Rights (Count III) and State Law Battery (Count V) Against Jerry Swank,

9. Did David Ogilvie prove, by a preponderance of the evidence, that Jerry Swank intentionally committed acts that violated his constitutional and state law right to be free from excessive force?

YES _____     NO __X__

If you answer "Yes," proceed to Question 10.

If your answer is "No," proceed to Question 13.

10. Did David Ogilvie prove, by a preponderance of the evidence, that he should be awarded compensatory damages against Jerry Swank?

YES _____     NO _____

If you answer "Yes," in what amount? _____. Proceed to Question 11.

If you answer "No," proceed to Question 11.

11. Did David Ogilvie prove, by a preponderance of the evidence, that Jerry Swank physically injured him?

YES _____     NO _____

If you answer "Yes," proceed to Question 12.

If you answer "No," proceed to Question 13.

12. Do you find, by a preponderance of the evidence, that David Ogilvie should be awarded punitive damages against Jerry Swank on Count III Violation of Civil Rights?

YES _____  NO _____

If you answer "Yes," in what amount? _____. Proceed to Question 13.

If you answer "No," proceed to Question 13.

**D. Computation of Damages**

13. Please total the damages, if any, you have awarded to David Ogilvie against Jerry Swank per Questions 3, 4, 10 and 12

**Question 3:** 0
**Question 4:** 0
**Question 10:** 0
**Question 12:** 0
**TOTAL:** 0

Proceed to Question 14.

14. Please total the damages, if any, you have awarded to David Ogilvie against Pete Caceres per Questions 6 and 8

**Question 6:** 0
**Question 8:** 0
**TOTAL:** 0

Please sign and date the Verdict.

SO SAY WE ALL this 20 day of May 2016.

_____
Foreperson

5